Order entered December 14, 2012



In The

## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-01262-CR
No. 05-12-01263-CR

**BRYANT WATTS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

## O R D E R

The Court **GRANTS** appellant's December 12, 2012 request for an extension of time to file a pro se response to the *Anders* brief filed by counsel. We **ORDER** to file his response by **FEBRUARY 22, 2013**.

We **DIRECT** the Clerk to send a copy of this order to Bryant Watts, No. 12030451, Dallas County Jail, P.O. Box 660334, Dallas, Texas 75266-0334

DAVID L. BRIDGES
JUSTICE